ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES, et al., <br><br>　　　　　Plaintiff, <br><br>　　vs. <br><br>VIRDEE'S FOREIGN AUTOMOTIVE, a California corporation <br><br>　　　　　Defendant. | NO. C 07 1815 JCS <br><br>ORDER TO CONTINUE CASE <u>MANAGEMENT CONFERENCE</u> |

　　　　IT IS ORDERED that the Case Management Conference in this case originally set for July 6, 2007 continued to August 10, 2007 at 1:30 p.m. in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: June 28, 2007

_____
Honorable _____ Spero

IT IS SO ORDERED
Judge Joseph C. Spero

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE        1